**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MONTANA**
**BUTTE DIVISION**

| | |
|---|---|
| JACK MICHAEL ULMAN<br><br>Plaintiff<br><br>Vs.<br><br>SAFECO INSURANCE COMPANY OF ILLINOIS,<br><br>Defendant. | Cause No.: 2:25-CV-00110-BMM<br><br>**ORDER GRANTING JOINT MOTION TO STAY SCHEDULING ORDER DEADLINES PENDING COMPLETION OF SUMMARY JUDGMENT BRIEFING** |

Upon consideration of the Joint Motion to Stay Scheduling Order Deadlines Pending Completion of Summary Judgment Briefing, and good cause appearing,

IT IS HEREBY ORDERED that the Motion is GRANTED.

1. All remaining deadlines in the Court's April 22, 2026, Scheduling Order (Doc. 16) are stayed pending completion of briefing on Safeco's forthcoming Motion for Summary Judgment. Safeco shall file its Motion for Summary Judgment on or before November 30, 2026. Briefing shall proceed under the applicable rules and orders of this Court.

2. Should the Court deny Safeco's motion, the parties agree to file a stipulated scheduling order within 20 days thereafter.

DATED this 19th day of November, 2026.

Brian Morris, Chief District Judge
United States District Courts